IN THE SUPREME COURT OF THE STATE OF NEVADA

MARY GIBBS-BOLENDER,
          Appellant,
vs.
CAG ACCEPTANCE, LLC,
          Respondent.

No. 67454

FILED

JUL 02 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

ORDER

This is a certified question pursuant to NRAP 5 from the United States District Court, District of Nevada. Pursuant to the stipulation of the parties, and cause appearing, the certification is withdrawn and this matter is dismissed.

It is so ORDERED.

_____, C.J.

cc:  Kemp, Jones & Coulthard, LLP
     Legal Aid Center of Southern Nevada, Inc.
     Armstrong Teasdale, LLP/Las Vegas
     Burch & Cracchiolo PA
     Clerk, United States District Court, Las Vegas ✓

14-CV-1684



✓ FILED    ___ RECEIVED
___ ENTERED   ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

JUL - 6 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20241

**SUPREME COURT OF NEVADA**
OFFICE OF THE CLERK
201 S. Carson Street, Suite 201
Carson City, Nevada  89701

Address Service Requested

1494

CLERK, U.S. DISTRICT COURT, LAS VEGAS
333 LAS VEGAS BLVD SO., RM. 1334
LAS VEGAS NV 89101

8910187069 C075